IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AMANDA JONES, Individually and on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                    No. 2:22-cv-37-BSM

**SOUTHEASTRANS, INC.**                    **DEFENDANT**

## JOINT NOTICE OF LIABILITY SETTLEMENT

The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiff and Defendant have reached a liability-only settlement in principle that will resolve Plaintiff's alleged unpaid wages and liquidated damages. The Parties are in the process of finalizing liability settlement documents and expect to file a Joint Stipulation of Dismissal of Plaintiff's Liability Claims within 45 days of the filing of this Joint Notice. If the Parties cannot agree on costs and a reasonable fee, Plaintiff will submit a petition for an award of attorneys' fees within 30 days of the filing of the Joint Stipulation of Dismissal of Plaintiff's Liability Claims. In light of the settlement progress, the Parties request that all pending deadlines be stayed.

Respectfully submitted,

**PLAINTIFF AMANDA JONES**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **SOUTHEASTRANS, INC., DEFENDANT**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5382

*/s/ Michael S. Moore (w/permission)*
Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com