# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**AMANDA JONES**                                                                               **PLAINTIFF**

**v.**                         **CASE NO. 2:22-CV-00037-BSM**

**SOUTHEASTRANS INC.**                                                **DEFENDANT**

## ORDER

Pursuant to the parties' joint notice of settlement [Doc. No. 14] all deadlines are stayed, and the parties are directed to file their joint stipulation of dismissal within 45 days.

IT IS SO ORDERED this 4th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE