IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AMANDA JONES, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 2:22-cv-37-BSM

**SOUTHEASTRANS, INC.**            **DEFENDANT**

### JOINT MOTION FOR EXTENSION OF TIME TO FILE
### JOINT STIPULATION OF DISMISSAL

Plaintiff Amanda Jones, individually and on behalf of all others similarly situated, and Defendant Southeastrans, Inc., by and through their undersigned counsel, for their Motion for Extension of Time to File Joint Stipulation of Dismissal, the Parties state as follows:

1. On May 2, 2023, the Parties filed a Joint Notice of Liability Settlement informing the Court that they were in the process of finalizing a settlement agreement and expect to file a Joint Stipulation of Dismissal within 45 days. ECF No. 14.

2. This Court acknowledged the Parties' Notice and accordingly set the deadline for submission of a Joint Stipulation of Dismissal. ECF No. 15.

3. The Parties have drafted a liability settlement agreement and Defendant is currently in the process of reviewing and editing it.

4. Accordingly, the Parties request that the deadline to file their Joint Stipulation of Dismissal be extended by 21 days, to July 11, 2023.

5. This extension is sought in good faith and not for the purpose of delay.

Page 1 of 2
Amanda Jones, et al. v. Southeastrans, Inc.
U.S.D.C. (E.D. Ark.) No. 2:22-cv-37-BSM
Joint Motion for Extension of
Time to File Joint Stipulation of Dismissal

WHEREFORE, premises considered, Plaintiff and Defendant pray this Court grant this Motion to extend the deadline to file their Joint Stipulation of Dismissal to July 11, 2023.

Respectfully submitted,

**PLAINTIFF AMANDA JONES**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **SOUTHEASTRANS, INC., DEFENDANT**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5382

*/s/ Michael S. Moore*
Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com

Page 2 of 2
Amanda Jones, et al. v. Southeastrans, Inc.
U.S.D.C. (E.D. Ark.) No. 2:22-cv-37-BSM
Joint Motion for Extension of
Time to File Joint Stipulation of Dismissal