IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AMANDA JONES, Individually and on**                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                      No. 2:22-cv-37-BSM

**SOUTHEASTRANS, INC.**                                          **DEFENDANT**

## SECOND JOINT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT STIPULATION OF DISMISSAL

Plaintiff Amanda Jones, individually and on behalf of all others similarly situated, and Defendant Southeastrans, Inc., by and through their undersigned counsel, for their Motion for Extension of Time to File Joint Stipulation of Dismissal, the Parties state as follows:

1. On May 2, 2023, the Parties filed a Joint Notice of Liability Settlement informing the Court that they were in the process of finalizing a settlement agreement and expect to file a Joint Stipulation of Dismissal within 45 days. ECF No. 14.

2. This Court acknowledged the Parties' Notice and accordingly set the deadline for submission of a Joint Stipulation of Dismissal. ECF No. 15.

3. On June 20, 2023, the Parties filed their Joint Motion for Extension of Time to File Joint Stipulation of Dismissal, requesting that the deadline to file their Joint Stipulation of Dismissal be extended by 21 days, to July 11, 2023. ECF No. 16.

4. On July 5, the Court entered an Order granting the extension. ECF No. 17.

Page 1 of 2
Amanda Jones, et al. v. Southeastrans, Inc.
U.S.D.C. (E.D. Ark.) No. 2:22-cv-37-BSM
Second Joint Motion for Extension of
Time to File Joint Stipulation of Dismissal

5. The Parties have drafted a liability settlement agreement, but Defendant's Counsel requires an additional week to confer with Defendant regarding the draft agreement and to confer a final offer of attorneys' fees and costs.

6. Accordingly, the Parties request that the deadline to file their Joint Stipulation of Dismissal be extended by seven days, to July 18, 2023.

7. This extension is sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiff and Defendant pray this Court grant this Motion to extend the deadline to file their Joint Stipulation of Dismissal to July 18, 2023.

Respectfully submitted,

**PLAINTIFF AMANDA JONES**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Amanda Jones, et al. v. Southeastrans, Inc.
U.S.D.C. (E.D. Ark.) No. 2:22-cv-37-BSM
Second Joint Motion for Extension of
Time to File Joint Stipulation of Dismissal

  **and** **SOUTHEASTRANS, INC.,
DEFENDANT**

  FRIDAY, ELDREDGE & CLARK, LLP
  2000 Regions Center
  400 West Capitol Avenue
  Little Rock, Arkansas 72201
  Telephone: (501) 370-1526
  Facsimile: (501) 244-5382

  */s/ Michael S. Moore*
  Michael S. Moore
  Ark. Bar No. 82112
  mmoore@fridayfirm.com

**Page 3 of 2
Amanda Jones, et al. v. Southeastrans, Inc.
U.S.D.C. (E.D. Ark.) No. 2:22-cv-37-BSM
Second Joint Motion for Extension of
Time to File Joint Stipulation of Dismissal**