IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AMANDA JONES, Individually and on**                               **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                No. 2:22-cv-37-BSM

**SOUTHEASTRANS, INC.**                                                       **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amanda Jones, individually and on behalf of all others similarly situated, and Defendant Southeastrans, Inc., by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. After arm's length negotiations in which Plaintiff and Defendant were represented by counsel, Plaintiff and Defendant reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed upon.

Page 1 of 2
Amanda Jones, et al. v. Southeastrans, Inc.
U.S.D.C. (E.D. Ark.) No. 2:22-cv-37-BSM
Joint Stipulation of Dismissal with Prejudice

5. As the parties' agreement contemplates payments not yet tendered, the parties request that the Court retain jurisdiction of this matter for thirty (30) days for the limited purpose of enforcing the agreement, if necessary.

Respectfully submitted,

**PLAINTIFF AMANDA JONES**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **SOUTHEASTRANS, INC., DEFENDANT**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5382

*/s/ Michael S. Moore*
Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com

Page 2 of 2
Amanda Jones, et al. v. Southeastrans, Inc.
U.S.D.C. (E.D. Ark.) No. 2:22-cv-37-BSM
Joint Stipulation of Dismissal with Prejudice