IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

AMANDA JONES                                                           PLAINTIFF

v.                         CASE NO. 2:22-CV-00037-BSM

SOUTHEASTRANS INC                                 DEFENDANT

## **ORDER**

Pursuant to parties' joint stipulation of dismissal [Doc. No. 22] this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE