IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AMANDA JONES**                                                                                        **PLAINTIFF**

**v.**                                    **CASE NO. 2:22-CV-00037-BSM**

**SOUTHEASTRANS INC**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE